IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**WESLEY WOOD,**

        Petitioner,

v.                                                                  Civil Action No. 5:23-CV-339
                                                                                                    Judge Bailey

**WARDEN FCI GILMER,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon United States Magistrate Judge James P. Mazzone's Report and Recommendation [Doc. 17] that respondent's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Doc. 14] be granted. Further, the magistrate judge concluded that petitioner's petition [Doc. 1] should be denied and dismissed with prejudice. *See* [Doc. 17 at 18–19].

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court

1

level. **United States v. Schronce**, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).  No objections have been filed to the magistrate judge's report and recommendation within the deadline prescribed by the magistrate judge.

Accordingly, a review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  As such, the magistrate judge's Report and Recommendation [**Doc. 17**] is **ADOPTED**.  Respondent's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [**Doc. 14**] is **GRANTED**, and petitioner's petition [**Doc. 1**] is **DENIED** and **DISMISSED WITH PREJUDICE**.  The Clerk is instructed to strike this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein, and to mail a copy to petitioner via certified mail, return receipt requested.

**DATED:** May 21, 2024.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**